# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

**04-718 consolidated with 04-717**

**WILLIAM BALDRIDGE and JENNIFER BALDRIDGE**

**VERSUS**

**HORACE MANN INSURANCE COMPANY, METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY D/B/A/ MET LIFE AUTO & HOME AND/OR ECONOMY FIRE AND CASUALTY COMPANY AND WILLIE MAE BERRYMANN AND WILLIAM ANDERSON, JR., ET AL.**

**\*\*\*\*\*\*\*\*\*\***
APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2003-5366-A
HONORABLE WILLIAM J. BENNETT, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***
## JOHN B. SCOFIELD
## JUDGE
**\*\*\*\*\*\*\*\*\*\***

Court composed of Jimmie C. Peters, Michael G. Sullivan, and John B. Scofield, Judges.[*]

**REVERSED AND RENDERED.**

**Daniel G. Brenner**
**Bolen, Parker, & Brenner, LTD.**
**P. O. Box 11590**
**Alexandria, LA 71315-1590**
**Counsel for Defendants/Appellants:**
　　**Willie Mae Berryman & Horace Mann Ins. Co.**

**Clifford L. Newman**
**The Newman Law Firm**
**1925 Enterprise Blvd.**
**Lake Charles, LA 70601**
**Counsel for Plaintiffs/Appellees:**
　　**Jennifer Baldridge & William Baldridge**

---

[*]Honorable John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.

**Cory P. Roy**
**Attorney at Law**
**P. O. Box 447**
**Marksville, LA 71351**
**Counsel for Plaintiffs/Appellees:**
      **William Anderson, Jr. and**
      **Metropolitan Property and Casualty Insurance Co. d/b/a**
      **Met Life Auto & Home and/or Economy Fire & Casualty Co.**

SCOFIELD, Judge.[1]

For the reasons set forth in the companion case hereto, *William Anderson, et ux. v. Metropolitan Property and Casualty Ins. Co. d/b/a/ Met Life Auto & Home and/or Economy Fire and Casualty Co.*, 04-717 (La.App. 3 Cir. __/__/__), ___ So.2d ___, we reverse the judgment of the trial court insofar as it assesses Defendant, Mrs. Willie Mae Berryman, with 50% liability in the accident of November 25, 2002, and absolve her of any fault in the accident. Further, we find William Anderson, Jr., to be 100% at fault. The remaining issue on appeal is moot.

All costs at the trial level, subject to the terms of the dismissals, are assessed against William Anderson, Jr., and Metropolitan Property and Casualty Insurance Company d/b/a/ Met Life Auto & Home and/or Economy Fire and Casualty Company. All costs of this appeal are assessed against appellee, William Anderson, Jr.

**REVERSED AND RENDERED.**

---

[1]Honorable John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.